■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE P. SQUIRES, Appellant. [945 NYS2d 588]—Appeal from a resentence of the Cayuga County Court (Thomas G. Leone, J.), rendered June 22, 2011. Defendant was resentenced upon his conviction of aggravated unlicensed operation of a motor vehicle in the first degree and misdemeanor driving while intoxicated.

It is hereby ordered that the resentence so appealed from is unanimously affirmed. Present—Smith, J.P., Fahey, Peradotto, Sconiers and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEONARD JAMES, Appellant. [945 NYS2d 587]—Appeal from an order of the Supreme Court, Monroe County (Frank P. Geraci, Jr., A.J.), entered February 7, 2011. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Fahey, Peradotto, Sconiers and Martoche, JJ.